UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 21, 2015
_____

DOCKET CORRECTION NOTICE
_____

No. 15-4201 (L), <u>US v. Sikeo Butler</u>
                 6:14-cr-00400-HMH-6

TO:    Timothy Kirk Truslow

**BRIEF OR APPENDIX CORRECTION DUE: August 31, 2015**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "**Corrected**" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[✓] <u>See Checklist</u>: Please make corrections identified on attached checklist.

- **The final judgment for each appellant must be included in the appendix - Sikeo Butler's judgment needs to be added to the appendix.**
- **The presentence report and statement of reasons must be included in a sealed volume of appendix - Sikeo Butler's presentence report and statement of reasons needs to be added to the appendix.**
- **Please add the required documents to the appendix and update any parts of the brief and appendix affected by these changes. Upon addition of these pages to the appendix, make sure the joint appendix citations in the brief are still correct. If joint appendix citations need to be corrected in the brief, a corrected brief must also be filed.**
- **An electronic and a paper version of the corrected documents should be submitted to the court.**

Karen Stump, Deputy Clerk
804-916-2702