IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-4201, 15-4205, 15-4215

UNITED STATES OF AMERICA

Plaintiff – Appellee

v.

SIKEO HARVELL BUTLER, a/k/a Keo,

WILLIAM ONEAL WINFREY, a/k/a Joe,

and TERRANCE EDWARD STEWART, a/k/a Cheddar.

Defendants – Appellant

MOTION FOR EXTENSION TO FILE REPLY

Comes now the undersigned counsel and moves that the Court allow the appellants' filing date to be extended ten days, to Monday, October 19, 2015. This is undersigned's first request for an extension. Counsel were appointed in April of 2015. The Government filed its brief on September 28, 2015. The Reply is due October 8, 2015. Initially, appellants' counsel intended to file for a brief extension, due to the fact that Counsel Jill HaLevi has been observing the Jewish Religious Hollidays of Succot and Simchat Torah which has prevented or will prevent her from working at least six days over these ten days; in addition Counsel HaLevi has had family visiting in conjunction with these holidays. These concerns have been

exacerbated, if not completely overwhelmed with the current flooding in South Carolina.

Counsel HaLevi's office is in Downtown Charleston, South Carolina, next to the Courthouse. Traffic was restricted in that area last week due to flooding and since then the situation has only gotten worse. While it may be possible for Counsel to complete the Reply sooner than ten days, out of an abundance of caution, and because local rule 31(c) requires extension motions to be filed well in advance of the due date, undersigned would request this ten day extension. Because Counsel HaLevi is observing this holiday, and possibly because of the flooding, the undersigned does not believe he will be in contact with her over the next two days. Therefore, undersigned counsel makes this request. The government does not object to this extension

WHEREFORE, counsel moves for an order allowing a two week extension in the above case.

I so move.


October 5, 2015                          s/Derek J. Enderlin
                                         Derek J. Enderlin
                                         Ross and Enderlin, PA
                                         330 East Coffee Street
                                         Greenville, SC 29601
                                         864-647-7205
                                         derek@rossenderlin.com