FILED: October 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4201 (L)
(6:14-cr-00400-HMH-6)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SIKEO HARVELL BUTLER, a/k/a Keo

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 10/19/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk